## Brown, Appellant, *v.* Carnegie-Illinois Steel Corp.

Argued May 25, 1951. Before DREW, C. J., STERN, STEARNE, JONES, BELL, LADNER and CHIDSEY, JJ.

*Samuel J. Goldstein,* for appellant.

*P. K. Motheral* and *Thomas Lewis Jones,* with them *Reed, Smith, Shaw & McClay,* for appellees.

OPINION PER CURIAM, June 27, 1951:

There is nothing that we can add to the able and comprehensive opinion of HIRT, J. of the learned Superior Court.

Judgment affirmed.